Ryan Watson Construction
111 Bonn Ed Circle
Calhoun, LA 71225
Tax ID # 26-3820892

| **Income from 09/2016 Thru 02/2017** | **Business (Only) Gross Income:** | **Business (Only) Work Related Expenses:** | **Business (Only) Net Income:** |
|---|---|---|---|
| **Month / Year** September, 2016 | $53,243.90 | $47,457.92 | $5,785.98 |
| **Month / Year** October, 2016 | $29,094.20 | $25,922.28 | $3,116.92 |
| **Month / Year** November, 2016 | $17,656.10 | $13,673.80 | $3,982.30 |
| **Month / Year** December, 2016 | $6,800.00 | $3,900.00 | $2,900.00 |
| **Month / Year** January, 2017 | $7,000.00 | $3,300.00 | $3,700.00 |
| **Month / Year** February, 2017 | $5,400.00** | $1,600.00 | $3,800.00 |
| TOTALS | $119,194.20 | $95,909.00 | $23,285.20 |
| Per Month Average | $19,865.70 | $15,984.83 | $3,880.87 |

/s/     Ryan Casey Watson
Debtor: Ryan Casey Watson

**Client closed this business and started to work for his father, Michael Watson Construction, on February 20, 2017, at a salary of $1,200.00 per week. The income for February, 2017 includes pay from current job for 1 ½ weeks, totaling $1,800.00.